# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 16, 2023

Christopher Henry Baker
JAMES LAW FIRM, PLLC.
1001 La Harpe Boulevard
Little Rock, AR  72201

RE:  23-2865  United States v. Tommy Collier

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The district court has informed us that $505.00 docketing and filing fees have not been paid. You must pay these fees to the district court clerk immediately.

This appeal has been filed pursuant to Federal Rule of Appellate Procedure 9. The court requires counsel to file an abbreviated record and statements of the case in Rule 9 cases. Within seven days of the date of this docketing letter, appellant's counsel shall file a statement of the case, setting forth the facts, legal issues and relief sought. This statement may be filed in letter or pleading form. Additionally, counsel shall attach to the statement such portions of the district court record as may be required for appellate review of the district court's ruling. Within seven days of service of the appellant's statement, the appellee shall file a responsive statement of the case. Upon receipt of the response, the clerk's office will submit the matter to a panel of judges for a ruling.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Arkansas
   Jamie Goss Dempsey
   Valarie Flora
   Stephen W. Franklin
   B. Graham Higdon
   William Owen James Jr.
   Cameron C. McCree

   District Court/Agency Case Number(s):   4:19-cr-00437-DPM-1

**Caption For Case Number: 23-2865**

United States of America

        Plaintiff - Appellee

v.

Tommy Collier

        Defendant - Appellant

**Addresses For Case Participants:   23-2865**

Christopher Henry Baker
JAMES LAW FIRM, PLLC.
1001 La Harpe Boulevard
Little Rock, AR  72201

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Jamie Goss Dempsey
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Stephen W. Franklin
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

B. Graham Higdon
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

William Owen James Jr.
JAMES LAW FIRM, PLLC.
1001 La Harpe Boulevard
Little Rock, AR  72201

Cameron C. McCree
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203